| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Barry, Ben T. | 2. Court or Organization Arkansas-Bankruptcy Court | 3. Date of Report 05/05/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Bankruptcy Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |
| 7. Chambers or Office Address  35 East Mountain, Room 411 Fayetteville, AR 72701 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Ben T. | 05/05/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Ben T. | 05/05/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BTB IRA [from 401(k)] | D | Int./Div. | M | T | | | | | |
| 2. -Cash Equivalent Fidelity Fund 59 (12/1/2015) | | | | | Sold | 12/01/15 | J | | |
| 3. -Vanguard Inflation Protected AD | | | | | Sold (part) | 12/17/15 | J | | |
| 4. -Vanguard Short Term Inv. Grade | | | | | Sold (part) | 10/13/15 | J | | |
| 5. -Vanguard Short Term Inv. Grade | | | | | Sold (part) | 12/17/15 | K | | |
| 6. -Vanguard Short Term Inv. Grade | | | | | Buy (add'l) | 08/06/15 | K | | |
| 7. -Cash Equivalent Fidelity Fund 57 | | | | | Buy (add'l) | 12/01/15 | J | | |
| 8. -Caterpillar Fin Serv Crp 4.625% (6/1/2015) | | | | | Matured | 06/01/15 | J | | |
| 9. -Wells Fargo & co. 1.25% (2/13/15) | | | | | Matured | 02/13/15 | K | | |
| 10. -Bank of New York Mellon 2.95% (6/18/2015) | | | | | Matured | 06/18/15 | J | | |
| 11. -US Bankcorp 3.125% (3/30/2015) | | | | | Matured | 03/30/15 | K | | |
| 12. -Merck & Co. Inc. 4.75% (3/1/2015) | | | | | Matured | 03/01/15 | K | | |
| 13. -JP Morgan Chase & Co. 5.25% (5/1/2015) | | | | | Matured | 05/01/15 | K | | |
| 14. -Home Depot (HD ~) 5.4% (3/1/2016) | | | | | | | | | |
| 15. -Bank of New York Mellon 2.5% (1/15/2016) | | | | | | | | | |
| 16. -Berkshire Hathaway 1.9% (1/31/2017) | | | | | | | | | |
| 17. -Pfizer Inc. .9% (1/15/2017) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Ben T. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Coca-Cola .75% (11/1/2016) | | | | | | | | | |
| 19. -Toyota Motor Credit Corp. 1.75% (5/22/2017) | | | | | | | | | |
| 20. -Pepsico Inc. .95% (2/22/2017) | | | | | | | | | |
| 21. -Hershey Company 1.5% (11/1/2016) | | | | | | | | | |
| 22. Ben T. Barry Roth IRA | D | Int./Div. | O | T | | | | | |
| 23. -Fidelity Fund 59 NF Money Market (12/1/2015) | | | | | Sold | 12/01/15 | K | | |
| 24. -Cash Equivalent Fidelity Fund 57 | | | | | Buy (add'l) | 12/01/15 | K | | |
| 25. -Fidelity Intl Discovery | | | | | Buy (add'l) | 06/26/15 | J | | |
| 26. -Vanguard Equity Income Fund | | | | | Buy (add'l) | 06/26/15 | J | | |
| 27. -Vanguard Mid Cap Index Fund | | | | | Buy (add'l) | 06/26/15 | J | | |
| 28. -Vanguard Total Stock Market Index Fund | | | | | Buy (add'l) | 06/26/15 | J | | |
| 29. -Vanguard 500 Index Fund | | | | | Buy (add'l) | 03/24/15 | K | | |
| 30. -Vanguard 500 Index Fund | | | | | Buy (add'l) | 04/24/15 | J | | |
| 31. -Vanguard 500 Index Fund | | | | | Buy (add'l) | 05/22/15 | J | | |
| 32. -Vanguard 500 Index Fund | | | | | Buy (add'l) | 06/26/15 | J | | |
| 33. -Vanguard Small-Cap Growth Index Fund | | | | | Buy (add'l) | 06/26/15 | J | | |
| 34. -Vanguard Short Term Investment Grade Fund Admiral | | | | | Sold | 03/24/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Ben T. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Vanguard Short-Term Investment Grade Fund | | | | | Sold | 04/24/15 | J | | |
| 36. -Vanguard Short-Term Investment Grade Fund | | | | | Sold | 05/22/15 | J | | |
| 37. -Vanguard Short-Term Investment Grade Fund | | | | | Buy (add'l) | 03/18/15 | K | | |
| 38. -Vanguard Short-Term Investment Grade Fund | | | | | Buy (add'l) | 06/26/15 | J | | |
| 39. Ben T. Barry IRA - Inherited | A | Int./Div. | K | T | | | | | |
| 40. -Fidelity Fund 59 F Money Market | | | | | Sold | 12/01/15 | J | | |
| 41. -Fidelity Fund 57 | | | | | Buy | 12/01/15 | J | | |
| 42. -Fidelity Intl Discovery FS #305 | | | | | | | | | |
| 43. -Vanguard Mid Cap Index Fund | | | | | | | | | |
| 44. -Vanguard Total Stock Market Index Fund | | | | | | | | | |
| 45. -Vanguard 500 Index Fund | | | | | Sold (part) | 02/02/15 | J | | |
| 46. -Vanguard Equity Income Fund | | | | | | | | | |
| 47. -Vanguard Small Cap Growth Index Fund | | | | | | | | | |
| 48. WATS Stock | C | Distribution | K | T | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Ben T. | 05/05/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Ben T. | 05/05/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ben T. Barry**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544